IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND MOBILESTAR TECHNOLOGIES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, GOOGLE INC.,<br><br>Defendants. | Civil Action No. 13-cv-0900-JRG<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF DALE JACHLEWSKI IN SUPPORT OF DEFENDANTS' MOTION TO STAY OR, IN THE ALTERNATIVE, TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

I, Dale Jachlewski, declare under 28 U.S.C. § 1746:

1.  I am a librarian at Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Google Inc. ("Google") in this action. I provide this declaration in support of Google's motion to transfer venue to the United States District Court for the Northern District of California.

2.  Using public records obtained through LexisNexis SmartLinx, I verified the current home addresses of the following individuals: Leslie J. Arrow, Prakash C. Banthia, Pete Billington, Nicholas Michael Brailas, Stephen P. Capps, Srikumar N. Chari, Dean C. Cheng, Patrick Chiu, Christopher D. Coley, Judy Dere, Ofer Doitel, Norman W. Finn, Mitchell D. Forcier, Edward H. Frank, James Arthur Gosling, Ajay Gupta, John H. Hart, Nicolle Henneuse, William Herman, Roberto Irribarren, Lynne Marie Izbicki, Bernard R. James, Scott A. Jenson, Masoud M. Kamali, Snehal G. Karia, Leon Leong, John C. Liu, Quentin C. Liu, Ravi Manghirmalani, Keith McCloghrie, Thomas P. Moran, Umesh Muniyappa, Alampoondi Eswaran Natarajan, Ilan Raab, W. Paul Sherer, Daniel Simone, Kamran Sistanizadeh, Gregory D. Skinner, Michael C. Tchao, Michael Terzich, Ashish Thanawala, Allan Thomson, Christopher Young, and Tom Ziola.

3.  According to the results returned by SmartLinx, each of these individuals currently resides in California. The complete results contain personally identifiable information such as home addresses and phone numbers, so I have not included them here. I will provide

1

copies of these results to the Court and to counsel for Plaintiffs upon request. The city and state of each individual I located is:

| | |
|---|---|
| Leslie J. Arrow | Rancho Mirage, CA |
| Prakash C. Banthia | Cupertino, CA |
| Pete Billington | San Rafael, CA |
| Nicholas Michael Brailas | San Jose, CA |
| Stephen P. Capps | San Carlos, CA |
| Srikumar N. Chari | Cupertino, CA |
| Dean C. Cheng | Fremont, CA |
| Patrick Chiu | Mountain View, CA |
| Christopher D. Coley | Morgan Hill, CA |
| Judy Dere | Saratoga, CA |
| Ofer Doitel | Woodside, CA |
| Norman W. Finn | Livermore, CA |
| Mitchell D. Forcier | Walnut Creek, CA |
| Edward H. Frank | San Francisco, CA |
| James Arthur Gosling | Redwood City, CA |
| Ajay Gupta | Mountain View, CA |
| John H. Hart | Saratoga, CA |
| Nicolle Henneuse | San Rafael, CA |
| William Herman | Berkeley, CA |
| Roberto Irribarren | Fremont, CA |
| Lynne Marie Izbicki | Los Altos, CA |
| Bernard R. James | Mountain View, CA |
| Scott A. Jenson | Palo Alto, CA |
| Masoud M. Kamali | San Francisco, CA |
| Snehal G. Karia | Fremont, CA |
| Leon Leong | Palo Alto, CA |
| John C. Liu | Cupertino, CA |
| Quentin C. Liu | San Jose, CA |
| Ravi Manghirmalani | Fremont, CA |
| Keith McCloghrie | Fortuna, CA |
| Thomas P. Moran | Portola Valley, CA |
| Umesh Muniyappa | Sunnyvale, CA |
| Alampoondi Eswaran Natarajan | Fremont, CA |
| Ilan Raab | Cupertino, CA |
| W. Paul Sherer | Danville, CA |
| Daniel Simone | Pleasanton, CA |
| Kamran Sistanizadeh | Los Altos, CA |
| Gregory D. Skinner | Mountain View, CA |
| Michael C. Tchao | San Francisco, CA |

      Michael Terzich      San Jose, CA
      Ashish Thanawala      San Jose, CA
      Allan Thomson      Pleasanton, CA
      Christopher Young      Boulder Creek, CA
      Tom Ziola      Menlo Park, CA

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2014, in Los Angeles, California.

_____
Dale Jachlewski

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 21, 2014.

/s/ *J. Mark Mann*
J. Mark Mann